1  MATTHEW G. KLEINER (SBN: 211842)
   mkleiner@grsm.com
2  GORDON REES SCULLY MANSUKHANI, LLP
   101 W. Broadway, Suite 2000
3  San Diego, California 92101
   Telephone: (619) 696-6700
4  Facsimile: (619) 696-7124

5

   Attorneys for Defendants
6  Aetna, Inc., Aetna Life Insurance
   Company, and Salesforce.com, Inc.
7

8

9                UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12  TONYA S., SHANE S., AND S.S.,        )   CASE NO.: 4:24-cv-06299-JST
                                         )
13              Plaintiff,                )
                                         )   **JOINT NOTICE OF**
14       v.                               )   **SETTLEMENT**
                                         )
15  AETNA, INC., AETNA LIFE              )
    INSURANCE COMPANY, and               )   Complaint Filed: September 6,
16  SALESFORCE.COM, INC.,                )   2024
                                         )
17              Defendant.                )
                                         )
18                                       )

19

20

21

22

23

24

25

26

27

28

-1-
JOINT NOTICE OF SETTLEMENT

**TO THE COURT AND EACH PARTY:**

Plaintiffs Tonya S., Shane S., and S.S., and Defendants Aetna, Inc., Aetna Life Insurance Company, and Salesforce.com, Inc. (collectively the "Parties") have reached a settlement in the captioned matter. The Parties anticipate the settlement will be fully executed and funded within the next 30-45 days and request this Court vacate all pending pre-trial and trial related dates.

Dated: June 18, 2025                    GORDON REES SCULLY MANSUKHANI, LLP


By: */s/ Matthew G. Kleiner*
    Matthew G. Kleiner
    Attorneys for Defendant
    AETNA LIFE INSURANCE COMPANY

Dated: June 18, 2025


By: */s/ Karra J. Porter*
    Karra J. Porter
    Glenn R. Kantor
    Attorneys for Plaintiffs
    Tonya S., Shane S., and S.S.

## SIGNATURE ATTESTATION

Pursuant to L.R. 7-12, the undersigned attests that all other signatories listed and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Matthew G. Kleiner*
Matthew G. Kleiner