1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONYA S., et al.,

             Plaintiffs,

     v.

AETNA LIFE INSURANCE COMPANY, et al.,

             Defendants.

Case No. 24-cv-06299-JST

**ORDER OF DISMISSAL UPON SETTLEMENT**

Re: ECF No. 34

       The parties have filed a notice of settlement.  ECF No. 34.  Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice.  The Clerk shall close the file.

       This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 45 days of the date of this order.

       **IT IS SO ORDERED**.

Dated:  June 20, 2025



_____
JON S. TIGAR
United States District Judge